UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLADYS CABANDE,<br>   Plaintiff,<br> v.<br>SYNCHRONY,<br>   Defendant. | Case No. 17-cv-06016-WHO<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 27 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: January 22, 2018

_____
WILLIAM H. ORRICK
United States District Judge